# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KEITH RENALDO IRVING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 12-CV-3110 |
| | ) | |
| JOSEPH D. JENNINGS and | ) | |
| RICK ORR, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

On April 23, 2012 the Court held a hearing on Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A and on Plaintiff's motion for a preliminary injunction. At the hearing Plaintiff indicated that he no longer seeks preliminary injunctive relief because he is scheduled for a transfer to a different prison on Wednesday, April 25, 2012. Accordingly, Plaintiff's motion for a preliminary injunction will be denied as moot, and the case will proceed per the standard procedures. Defendants have already been served and have appeared through counsel.

IT IS THEREFORE ORDERED:

    1) Pursuant to 28 U.S.C. § 1915A, the Court finds that Plaintiff states Eighth

1

Amendment and retaliation claims against Defendants. Any additional claims shall not be included in the case, except at the Court's discretion on motion by a party for good cause shown or pursuant to Federal Rule of Civil Procedure 15.

    2) Plaintiff's preliminary injunction motion is denied as moot (5).

    3) Defendants' Answers are due June 29, 2012.

    4) By July 31, 2012 the parties shall provide to each other the initial disclosures described in Fed. R. Civ. P. 26(a)(1)(i)-(ii).

    5) Plaintiff shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by August 31, 2012.

    6) Defendants shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by September 28, 2012.

    7) Discovery closes December 31, 2012.

    8) Dispositive motions are due January 31, 2013.

    9) Plaintiff is limited to written discovery during his incarceration. Written discovery must be served on a party at least 30 days before the discovery deadline. Discovery requests and responses are not filed with the court, unless there is a dispute regarding such discovery. See CDIL-LR 26.3. Motions to compel discovery must be accompanied by the relevant portions of the discovery request and the response. Additionally, except for good cause shown, motions to compel

must be filed within 14 days of receiving an unsatisfactory response to a timely discovery request.

10) Counsel for Defendants is hereby granted leave to depose Plaintiff at his place of confinement. Counsel for Defendants shall arrange the time for the depositions.

11) Plaintiff shall immediately notify the Court of any change in his mailing address and telephone number. Plaintiff's failure to notify the Court of a change in mailing address or phone number will result in dismissal of this lawsuit, with prejudice.

12) The Clerk is to notify the parties of their option to consent to disposition of this case before a United States Magistrate Judge by providing Plaintiff with a magistrate consent form. Upon receipt of a signed consent from Plaintiff, the Clerk shall forward the consent to Defendants for consideration.

13) A final pretrial conference is scheduled for August 5, 2013 at 1:30 p.m. by personal appearance. The parties are directed to submit an agreed, proposed final pretrial order at least 14 days before the final pretrial conference.

13) The jury trial is scheduled on the Court's trailing trial calendar for September 3, 2013 at 9:00 a.m. before this Court in Springfield, Illinois. The actual date for the jury selection and jury trial will be finalized at the final pretrial

conference.

ENTERED: April 24, 2012

FOR THE COURT:

                              **s/Sue E. Myerscough**
                              SUE E. MYERSCOUGH
                         UNITED STATES DISTRICT JUDGE